JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAY - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEEN L. JACKSON, | NO. CV 07-5529 PSG (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| VICTOR ALMAGER, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 5/5 , 2008.

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE